ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 FEB 19 PM3:13

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-25CR-060-K |
| ONAN ZUNIGA-MORALES | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about January 17, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Onan Zuniga-Morales**, an alien, was found in the United States after having been deported and removed therefrom on or about January 29, 2016, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a), the penalty for which is found at 8 U.S.C. § 1326(b)(1).

Indictment—Page 1

A TRUE BILL:

*Suzanne Chatham*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**ONAN ZUNIGA-MORALES**

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

*Suzanne Chatham*

DALLAS                                                          FOREPERSON

Filed in open court this 19th day of February, 2025.

**Defendant in Federal Custody since February 4, 2025.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-091-BT